IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-05369-JMC-7 |
| CLIFFORD RAY TAWNEY<br>KELLY JEAN TAWNEY | CHAPTER 7 |
| Debtors | JUDGE JAMES M CARR |

**MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF**

Comes now counsel for Movant, Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMTS Series 2006-11ABS, ("Movant") and respectfully requests the Court for a continuance of the hearing on Movant's Motion for Relief scheduled for September 29, 2016. The Trustee is attempting to secure a buyer of the real estate and the parties request additional time to do so. Trustee does not oppose the Motion.

WHEREFORE, Movant requests that the hearing scheduled for September 29, 2016 be continued for approximately thirty (30) days.

Respectfully submitted,

/s/ David C. Nalley

David C. Nalley
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion to Continue has been served this 16th day of September, 2016 by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically via ECF Mail:**

    Chad William Garrapy, Debtor`s Counsel
    inn@geracilaw.com

    Gregory K. Silver, Bankruptcy Trustee
    trusteegksilver@yahoo.com

    U.S. Trustee
    (Registered Address)@usdoj.gov

**Via Regular U.S. Mail:**

    Clifford Ray Tawney, Debtor
    576 Shady Brook Heights
    Greenwood, IN 46142

    Kelly Jean Tawney, Debtor
    576 Shady Brook Heights
    Greenwood, IN 46142

/s/ David C. Nalley
_____
  David C. Nalley